IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Newport News Division)

| | | |
|---|---|---|
| OK CHOI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 4:18-cv-00040 |
| | ) | |
| DENNIS SMITH | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| SALLACK WELL SERVICES, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by counsel, represent to the Court that all matters in controversy herein have been settled and this action shall be dismissed agreed, with prejudice.

RESPECTFULLY SUBMITTED,

_____/s/_____
Lowell A. Stanley, Esq.
VSB No. 18323
Attorney for Plaintiff, Ok Choi
THE LOWELL STANLEY FIRM
6330 Newtown Road, Suite 324
P.O. Box 12639
Norfolk, Virginia 23541
(757) 461-5555; (757) 466-1527 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of November 2018, a copy of the foregoing Notice of Settlement was sent by First Class U.S. Mail and electronic mail to Diane Lynch, Esq., Schoenberg and Associates, P.O. Box 2903, Hartford, CT 06104-2903, dllynch@travelers.com .

By: _____/s/_____
Lowell A. Stanley

Lowell A. Stanley, Esq. VSB 18323
THE LOWELL STANLEY FIRM
6330 Newtown Road, Suite 324
Norfolk, Virginia 23502
(757) 461-5555
(757) 466-1527 facsimile